In the Matter of ERNEST W. GLISMAN, Respondent, against ROBERT MOSES et al., Constituting the Long Island State Park Commission, et al., Appellants.

(Argued April 13, 1936; decided April 28, 1936.)

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer, Henry Epstein* and *Patrick H. Clune* of counsel), for appellants.

*Aaron H. Kaufman* for respondent.

Appeal dismissed, with costs, on the ground the order appealed from is not a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.